IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LHF PRODUCTIONS, INC.,

        Plaintiff,

v.

DOE 1, *et al*.,

        Defendants.

Case No. C16-1089 RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge: On March 2, 2017, Plaintiff filed a notice of its voluntary dismissal of Defendant Raymond Choi. Dkt. #65. Plaintiff's notice was filed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. *Id*. at 1. However, where a defendant has appeared, plaintiffs cannot voluntarily dismiss that defendant without first filing a stipulation of dismissal signed by all of the parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Because Mr. Choi filed an answer to Plaintiff's complaint, Plaintiff must file a stipulation of dismissal, signed by both parties, for voluntary dismissal of Mr. Choi to be proper. *See id*.; *also* Dkt. #37. Plaintiff's notice of dismissal is thus STRICKEN as improper. Until Plaintiff complies with Rule 41(a)(1)(A)(ii), Mr. Choi will remain a named defendant in this matter.

MINUTE ORDER– 1

Dated this 16th day of March 2016.

WILLIAM McCOOL, Clerk

By: /s/ Rhonda Stiles
Deputy Clerk

MINUTE ORDER– 2